COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-10-108-CV

 

IN
RE PETROHAWK ENERGY CORPORATION,                            RELATORS

PETROHAWK PROPERTIES, LP,
ONE TEC, LLC, 

AND
FLOYD C. WILSON                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators shall pay all costs of this
original proceeding, for which let execution issue.

 

PER
CURIAM

 

 

PANEL:  MCCOY, DAUPHINOT, and WALKER, JJ.

 

DELIVERED:  May 14, 2010











    [1]See
Tex. R. App. P. 47.4.